■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH NUARA, Appellant. [721 NYS2d 830] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Braun, J.), rendered June 2, 2000, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed, and the matter is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (5).

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. Bracken, P. J., Ritter, Goldstein and Feuerstein, JJ., concur.